AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Laura Garcia<br><br>*Defendant(s)* | ) ) ) ) ) ) ) )  Case No. EP: 12-M-00193-RPM |

FILED
JAN 18 2012
U.S. MAGISTRATE JUDGE
FOR THE WESTERN DISTRICT OF TEXAS
BY _____ SPECIAL DEPUTY CLERK

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  July 12, 2011 and January 12, 2012  in the county of  El Paso, Texas  in the
Western   District of   Texas  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1001<br>18 USC 3 | On or about July 12, 2011 and January 12, 2012 Laura Garcia, knowing that Adrian Astorga is a federal fugitive wanted for the offense of Escape pursuant to 18 USC 751, did knowingly and wilfully make materially false, fictitious statements to Deputy U.S. Marshal Salvador Martinez III. Garcia stated that she had not spoken to, seen, or had contact with Adrian Astorga. Garcia intentionally and knowingly made these statements to hinder and prevent Astorga's apprehension. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Salvador Martinez III
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1/17/12

City and state: El Paso, Tx

_____
*Judge's signature*

RICHARD P MESA
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

AFFIDAVIT

Laura Garcia

Affiant, Salvador Martinez III is a Criminal Investigator/Deputy U.S. Marshal with the United States Marshals Service, Western District of Texas, El Paso Division. Affiant has been employed as a Deputy U.S. Marshal for approximately two and half years.

On July 12, 2011, approximately 10:45am Affiant and Deputy U.S. Marshal D. Galvan with Deputy U.S. Marshal Y. Castro spoke to Laura GARCIA at 2124 Atlanta in El Paso, Texas. Affiant spoke with Laura GARCIA in reference to her son and Federal Fugitive Adrian ASTORGA. GARCIA stated that she had not spoken to her son Adrian ASTORGA since his escape from prison. GARCIA was advised that knowingly making false statements to a Federal Law Enforcement Officer was a crime. GARCIA was then offered the ability to modify her statement. GARCIA repeated her previous statement and added that she had no idea or information of his whereabouts. Affiant asked GARCIA if ASTORGA had any children since his escape, GARCIA stated "no". When asked how she knew, GARCIA stated "well I don't know I don't have to answer that." Affiant asked GARCIA one more time if she had spoken to ASTORGA over the phone, either by home phone or cell, GARCIA again stated "no." Affiant asked GARCIA if ASTORGA could possibly be in Juarez MX, GARCIA stated "possibly I don't know the last I heard was that he was in Mexico City". Affiant asked GARCIA if she had gone to Juarez MX lately, GARCIA stated "no". Affiant asked GARCIA, do you have a passport, and GARCIA stated "no". GARCIA was interviewed as part of an ongoing investigation to locate and apprehend federal fugitive Adrian ASTORGA wanted for unlawfully escaping from the custody of the Bureau of Prisons where he was committed to custody at the Direction of the Attorney General on April 10, 1996 for Conspiracy to Possess with intent to distribute cocaine in violation of Title 21 Section 8456 and 841.

On July 12, 2011, at approximately 11:45am Affiant and Deputy U.S. Marshal D. Galvan with Deputy U.S. Marshal Y. Castro spoke with Cynthia GARCIA, "daughter to Laura GARCIA and sister to Federal Fugitive Adrian ASTORGA," at 1600 Cliff Medical Center in El Paso, Texas. Affiant asked Cynthia GARCIA if she had spoken with her brother "ASTORGA" recently, C. GARCIA stated "no". Affiant asked how about your mother, C. GARCIA stated "yes". Affiant asked on that question how do you know, C. GARCIA stated "she tells me he calls her, they talk on the phone". Affiant asked on what phone, C. GARCIA stated "the house phone". Affiant asked C. GARCIA when the last time your mom and brother spoke. C. GARCIA stated "not too long ago, he also calls her on the holidays." Affiant also asked if ASTORGA had any children, C. GARCIA stated "yes, two." Affiant asked how she knew ASTORGA has two children; C. GARCIA stated

"my mom tells me." C. GARCIA was interviewed as part of an ongoing investigation to locate and apprehend federal fugitive Adrian ASTORGA wanted for unlawfully escaping from the custody of the Bureau of Prisons where he was committed to custody at the Direction of the Attorney General on April 10, 1996 for Conspiracy to Possess with intent to distribute cocaine in violation of Title 21 Section 8456 and 841.

On January 12, 2012, at approximately 11:00am Affiant and Deputy U.S. Marshal D. Fernandez spoke with Cynthia GARCIA at 1600 Cliff Medical Center El Paso, Texas. Affiant questioned C. GARCIA about the whereabouts of her brother "ASTORGA," C. GARCIA stated "I haven't spoken to him but my mother has." When asked how she knew, C. GARCIA stated "my mom told me he called over the holidays, either on Christmas Eve or Christmas Day of 2011." Affiant asked, why your mom won't let us know, C. GARCIA stated "I don't know why but I don't approve of it." Affiant asked if ASTORGA had any children since his escape, C. GARCIA stated "yes, two." Affiant asked for their names and age, C. GARCIA stated "Gahlea is a girl and Baltazar is a boy, Gahlea is about 6 to 8 years and Baltazar is younger." Affiant asked how she knew their names and that her brother ASTORGA had children, C. GARCIA stated "my mom lets me know, she tells me." Affiant asked C. GARCIA for the children's mother's name and last name of the children, C. GARCIA stated "the mother's name is Laura but I don't know their last name." C. GARCIA was interviewed as part of an ongoing investigation to locate and apprehend federal fugitive Adrian ASTORGA wanted for unlawfully escaping from the custody of the Bureau of Prisons where he was committed to custody at the Direction of the Attorney General on April 10, 1996 for Conspiracy to Possess with intent to distribute cocaine in violation of Title 21 Section 8456 and 841.

On January 12, 2012, at approximately 11:45am Affiant and Deputy U.S. Marshal D. Fernandez with Deputy U.S. Marshal Y. Castro interviewed Laura GARCIA mother of Federal Fugitive Adrian ASTORGA at 2124 Atlanta El Paso, Texas. Affiant asked L. GARCIA if she has seen or spoken with her son ASTORGA, L. GARCIA stated "no." L. GARCIA was advised again that knowingly making false statements to a Federal Law Enforcement Officer was a crime. Affiant asked L. GARCIA if ASTRORGA had any children, L. GARCIA stated "I don't have to answer that or tell you." Affiant advised L. GARCIA that she could be violating a federal law by hindering a federal investigation and the apprehension of a federal fugitive by not providing information that could aid in the apprehension of a federal fugitive. Affiant told L. GARCIA that he knew she was lying and why would she lie to us. L. GARCIA stated "cause I don't have to let you know if he has kids or not, plus he will serve 5 more years if he turns himself in." Affiant asked L. GARCIA why would you not let us know of his calling's to you, L. GARCIA stated "because I was scared and I was told he "ASTORGA" would do 5 more years in prison." Affiant also advised L. GARCIA he knew that she was lying about her border crossing and the passport #437987962 she possess. Affiant asked L. GARCIA why she would lie about her border crossings. L. GARCIA stated that she was scared and that her son "ASTORGA" was not a criminal or a bad person or her. L. GARCIA was interviewed as part of an ongoing investigation to locate and apprehend federal fugitive Adrian ASTORGA wanted for unlawfully escaping from the custody of the Bureau of Prisons where he was committed to custody at the Direction of the

Attorney General on April 10, 1996 for Conspiracy to Possess with intent to distribute cocaine in violation of Title 21 Section 8456 and 841